28250
xxxx8450

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | 11-02955 BKT |
|---|---|---|
| José Serrano Santiago<br>Mildred Spurlin | CHAPTER: | 13 |
| *Debtor(s)* | | |

## NOTICE OF APPEARANCE

TO THIS HONORABLE COURT:

COMES now **Banco Popular de Puerto Rico**, hereinafter referred to as "BPPR" by the undersigned attorney, and very respectfully alleges and prays:

1. BPPR, a creditor in the above captioned case, has appointed the undersigned attorney to represent it in all proceedings pending before this Honorable Court.

2. BPPR, hereby requests that all notices, plans, amendments to plans and motions filed herein by any party be notified to BPPR by due service upon the undersigned attorney.

**WHEREFORE**, it is respectfully requested that the master address list be amended to include the undersigned attorney so as to permit that future notices, and documents filed in the subject case be served upon the undersigned counsel.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that this 21 day of September 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: ***the Trustee, Alejandro Oliveras Rivera*** and to ***to the debtor's attorney, Carlos Rodríguez Quesada***.

**Martínez & Torres Law Offices, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

***/s/ Tania M. Vázquez Maldonado***
By: Tania M. Vázquez Maldonado
USDC -PR 227810
**tvazquez@martineztorreslaw.com**

Vanessa M Torres Quiñones
USDC -PR 217401
**vtorres@martineztorreslaw.com**